1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   JOSHUA HILL (CABN 250842)
    Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:     Joshua.Hill2@usdoj.gov

8

9   Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. 4-12-70396-MAG
                                     )
14        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER REQUIRING DEFENDANT TO
15        v.                         )   APPEAR IN THE DISTRICT WHERE
                                     )   CHARGES ARE PENDING AND
16  HANH TRAN,                       )   TRANSFERRING BAIL
                                     )
17        Defendant.                 )
                                     )
    _____)

18

19        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through the undersigned attorney, that the status hearing

21  presently set for April 19, 2012, be vacated, and the defendant ordered to appear in the district

22  where the charges are pending to answer those charges.

23  IT IS SO STIPULATED:

24

    Dated: April 16, 2012                              /S/
25                                          _____
                                            ADAM V. PENNELLA
26                                          Attorney for Defendant

27  Dated: April 16, 2012                              /S/
                                            _____
28                                          JOSHUA HILL
                                            Assistant United States Attorney

    STIP. AND [PROPOSED] ORDER
    No.  4-12-70396-MAG

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11  UNITED STATES OF AMERICA,           )      No. 4-12-70396-MAG
                                        )
12        Plaintiff,                    )      [PROPOSED] ORDER REQUIRING
                                        )      DEFENDANT TO APPEAR IN THE
13  v.                                  )      DISTRICT WHERE CHARGES ARE
                                        )      PENDING AND TRANSFERRING BAIL
14  HANH TRAN,                          )
                                        )
15        Defendant.                    )
                                        )
16                                      )
                                        )
17  _____   )

18        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

19  matter now scheduled for April 19, 2012 is hereby vacated.

20        IT IS FURTHER ORDERED, that the defendant is ordered to appear in the district court

21  where the charges are pending to answer those charges.  The time and place to appear in that

22  court are: United States Courthouse, Western District of Pennsylvania, 700 Grant Street,

23  Pittsburgh, PA 15219, Courtroom 7B before the Honorable Chief Magistrate Judge Lisa P.

24  Lenihan on April 25, 2012 at 10:30 a.m.  The clerk is ordered to transfer any bail deposited in the

25  registry of this court to the clerk of the court where the charges are pending.

26

27  DATED: 04/17/12               _____

28                                HON.  KANDIS A. WESTMORE
                                  United States Magistrate Judge

STIP. AND [PROPOSED] ORDER
No.  4-12-70396-MAG