1
2
3
4
Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

5
6
Counsel for Defendant
HANH TRAN

7

8
UNITED STATES DISTRICT COURT

9
NOTHERN DISTRICT OF CALIFORNIA

10
OAKLAND DIVISION

11

12
UNITED STATES OF AMERICA,

Case No.: 4-12-70396-MAG

13
                Plaintiff,

14
STIPULATION AND [PROPOSED]
ORDER ALLOWING DEFENDANT
TO TRAVEL

15
        vs.

16

17
HANH TRAN,

18
                Defendant

19

20
        GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through

21
their counsel that defendant HANH TRAN may travel directly from the Northern District of

22
California to the Western District of Pennsylvania four days prior to his court appearance there

23
(leaving this District no earlier than April 21, 2012) so that he can visit with his daughter who

24
resides in Pittsburgh, PA.  Mr. Tran was released on a number of conditions, including that he

25
not travel outside of the Northern District of California, except travel to the Western District of

26
Pennsylvania "for court purposes only."

27
        United States Pretrial Services Officer Paul Mamaril has advised Mr. Tran's counsel that

28
he does not object to the travel proposed by this stipulation.

STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL                                1

1    It is further ORDERED that Mr. Tran shall communicate with Pretrial Services before,

2  during (as directed by Pretrial Services) and immediately after the proposed travel.  Mr. Tran is

3  further ordered to provide Pretrial Services with a way to contact him during this travel.

4    All other terms of Mr. Tran's pretrial release shall remain in effect.

5

6    SO STIPULATED:

7

8  Dated: April 17, 2012                          _____/s/_____

9                                                 Adam Pennella
                                                  Counsel for Roman Trejo
10

11 Dated: April 17, 2012                          MELINDA HAAG
                                                  UNITED STATES ATTORNEY
12

13
                                                  _____/s/_____
14                                                Joshua Hill
                                                  Assistant United States Attorney
15

16

17
       SO ORDERED:
18

19
   Dated: April 18, 2012
20                                                HON.  KANDIS A. WESTMORE
                                                  United States Magistrate Judge
21

22

23

24

25

26

27

28

STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL                              2